ACCEPTED
03-13-00767-cv
3881570
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 2:39:45 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00767-CV

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 2:39:45 PM
JEFFREY D. KYLE
Clerk

**M&M Orthodontics, PA,**
*Appellant*,

v.

**Christine Ellis; Texas Health and Human Services Commission; Dr. Kyle Janek, in his Official Capacity; Rick Gilpin, in his Official Capacity; and the Office of the Inspector General,**
*Appellees*.

On appeal from the 53rd District Court, Travis County, Texas
Cause No. D-1-GN-13-003259

_____

## UNOPPOSED MOTION TO DISMISS
_____

TO THE HONORABLE JUDGES OF THE THIRD COURT OF APPEALS:

Now come Appellees, Christine Ellis; Texas Health and Human Services Commission ("HHSC"); Dr. Kyle Janek, in his Official Capacity; and the Office of the Inspector General, (collectively, "Appellees") and file this Unopposed Motion to Dismiss and would request that this Court issue an Order dismissing this appeal.

### I. BACKGROUND

Recent developments in the underlying administrative proceeding from which this appeal arises directly impact the current status of this appeal. HHSC Office of Inspector General filed a Notice of Nonsuit of the underlying administrative action that was pending against Appellant M&M in the HHSC Appeals Division. Attached

hereto as **Exhibit "A"** is a true and complete copy of the Notice of Nonsuit filed Dec. 23, 2014 with the HHSC Appeals Division. On January 8, 2015, the Administrative Law Judge presiding over the administrative action entered an Order of Dismissal. *See* **Ex. A** for copy of Order of Dismissal.

The filing of this Notice of Nonsuit by the HHSC Office of Inspector General in the underlying administrative proceeding, and the subsequent Order of Dismissal, renders the issues raised by Appellant in this appeal moot. *See Allstate Ins. Co. v. Hallman*, 159 S.W.3d 640, 642 (Tex. 2005). As a result, any opinion the Court could issue would resolve no live controversy between the parties and would, therefore, be advisory in nature. *See Texas Ass'n of Bus. v. Texas Air Control Bd.*, 852 S.W.2d 440, 444 (Tex. 1993).

Appellant does not oppose this Motion.

## II. CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, the Appellees respectfully request that the Court dismiss this appeal and that the Court grant the Appellees such other and further relief to which they have shown themselves to be entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

/s/ Raymond C. Winter
RAYMOND C. WINTER
State Bar No. 21791950
Chief, Civil Medicaid Fraud Division
Assistant Attorney General
Raymond.Winter@texasattorneygeneral.gov
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:     (512) 936-1709
Facsimile:      (512) 499-0712-0167

*Attorneys for Appellees Texas Health & Human*
*Services Commission and Dr. Kyle Janek*

/s/ Dan Hargrove
DAN HARGROVE
State Bar No. 00790822
WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 phone
(214) 357-7252 facsimile
dhargrove@waterskraus.com
and
/s/ Jim Moriarty
JAMES MORIARTY
State Bar No. 14459000
LAW OFFICES OF JAMES R.MORIARTY
4119 Montrose Blvd, Suite 250
Houston, Texas 77006
(713) 528-0700 phone
jim@moriarity.com

*Attorneys for Appellee Dr. Christine Ellis*

## CERTIFICATE OF CONFERENCE

The undersigned certifies he contacted counsel for Appellants, Jason Ray, January 23rd, 2015, by telephone, on behalf of the Appellees. Mr. Ray represented that Appellant M&M is not opposed to the granting of the relief requested in this Motion.

/s/Raymond C. Winter
RAYMOND C. WINTER
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on this the 23rd day of January, 2015 on the following:

J.A. Canales                                   **VIA: File & ServeXpress and E-mail**
State Bar No. 03737000
CANALES & SIMONSON, P.C.
2601 Morgan Ave.
P.O. Box 5624
Corpus Christi, Texas 78465-5624
Telephone: (361) 883-0601
Facsimile: (361) 884-7023
tonycanales@canalessimonson.com

Jason Ray                                      **VIA: File & ServeXpress and E-mail**
State Bar NO. 24000511
RIGGS, ALESHIRE & RAY, P.C.
700 Lavaca, Suite 920
Austin, Texas 7870
Telephone: (512) 457-9806
Facsimile: (512) 457-9866
jray@r-alaw.com

*Attorneys for Appellants M&M Orthodontics,*


/s/ Raymond C. Winter
RAYMOND C. WINTER
Assistant Attorney General

# EXHIBIT

# A

| M & M ORTHODONTICS, P.A., | § | BEFORE THE HEALTH AND |
| DR. SCOTT MALONE, and | § | |
| DR. DIANA MALONE, | § | |
| *Petitioners,* | § | |
| | § | |
| v. | § | HUMAN SERVICES COMMISSION |
| | § | |
| TEXAS HEALTH & HUMAN SERVICES | § | |
| COMMISSION, OFFICE OF INSPECTOR | § | |
| GENERAL, and CHRISTINE ELLIS, DDS, | § | |
| *Respondents.* | § | APPEALS DIVISION |

---

## NOTICE OF NONSUIT AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE

---

TO THE HONORABLE ADMINISTRATIVE LAW JUDGE:

The Texas Health and Human Services Commission, Office of Inspector General, and Christine Ellis, DDS, respectfully file this Notice of Nonsuit. Pursuant to TEX. ADMIN. CODE §357.495 and TEX. R. CIV. P. 162, HHSC-OIG and Christine Ellis, DDS, hereby give notice that they are taking a nonsuit of their entire case and request that this case immediately be dismissed without prejudice. This nonsuit is without prejudice to refiling, and is effective immediately on the filing of this notice on this date.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

_[signature]_

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division
State Bar No. 21791950
(512) 936-1709 Direct Dial

REYNOLDS BRISSENDEN
State Bar No. 24056969
(512) 936-2158 Direct Dial

Assistant Attorneys General
Office of the Attorney General
Civil Medicaid Fraud Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax (512) 499-0712

DOUGLAS C. WILSON
Inspector General

JOY SPARKS
Deputy Inspector General
Chief Counsel

KAREN PETTIGREW
Director of Sanctions

STEVE DALLAS JOHNSON
Associate Counsel
State Bar No. 00784349

11101 Metric Blvd., Building I
Austin, Texas 78758
(512) 491-4076 Phone
(512) 833-6484 Fax

ATTORNEYS FOR
TEXAS HEALTH AND HUMAN
SERVICES COMMISSION,
OFFICE OF INSPECTOR GENERAL.

*Dan Hargrove*

DAN HARGROVE
State Bar No. 00790822
WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 phone
(214) 357-7252 Facsimile

~and~

*Jim Moriarty*

JAMES MORIARTY
State Bar No. 14459000
MORIARTY LEYENDECKER, PC
4203 Montrose Blvd, Suite 150
Houston, TX 77006
(713) 528-0700 Telephone

ATTORNEYS FOR RELATOR,
DR. CHRISTINE ELLIS, D.D.S.

## CERTIFICATE OF SERVICE

I certify that I have on this 23rd day of December, 2014, served copies of this Notice of Non-Suit upon the HHSC Appeals Division and upon Petitioners, as follows.

| | |
|---|---|
| *Via Facsimile 512-231-5779*<br>HHSC Appeals Division<br>8407 Wall St., Room s-329<br>Austin, TX 78754 | |
| *Via Facsimile 361-884-7023*<br>*tonycanales@canalessimonson.com*<br>J.A. Canales, Esq.<br>Canales & Simonson, P.C.<br>2601 Morgan Avenue<br>P.O. Box 5624<br>Corpus Christi, TX 78465<br><br>COUNSEL FOR PETITIONERS | *Via Facsimile 512-457-9066*<br>*jray@r-alaw.com*<br>Jason D. Ray<br>Riggs, Aleshire, Ray, P.C.<br>700 Lavaca, Suite 920<br>Austin, TX 78701<br><br>COUNSEL FOR PETITIONERS |
| *Via Facsimile 214-357-6244*<br>*dhargrove@waterskraus.com*<br>Dan Hargrove<br>Waters & Krauss, LLP<br>Dallas, Texas 75204<br><br>COUNSEL FOR RELATOR, CHRISTINE ELLIS, DDS | *Via Email to jim@moriarty.com*<br>James Moriarty<br>Moriarty Leyendecker, PC<br>4203 Montrose Blvd, Suite 150<br>Houston, TX 77006<br><br>COUNSEL FOR RELATOR, CHRISTINE ELLIS, DDS |

Raymond C. Winter

M & M ORTHODONTICS, PA,
SCOTT MALONE AND DIANA MALONE
 *Petitioners*

V.           §    CAUSE NO. 12-0096-K

TEXAS HEALTH AND HUMAN SERVICES
COMMISSION, OFFICE OF INSPECTOR
GENERAL, and DR. CHRISTINE ELLIS, DDS,
 *Respondents*

## ORDER OF DISMISSAL

  In response to Respondents' Notice of Nonsuit and Request for Dismissal without Prejudice in the above-referenced matter, filed with the court on December 23, 2014, it is hereby ORDERED that cause no. 12-0096-K is DISMISSED WITHOUT PREJUDICE to refiling.

Signed at Austin, Texas, this 8th day of January, 2015.

             *Rick Gilpin*
             Rick Gilpin
             Administrative Law Judge